PROB 12A
(4/08) Revised

# United States District Court
## for the
### DISTRICT OF MARYLAND

## Report on Offender Under Supervision



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 FEB 17  A 11: 34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Offender: Tyrone Kindred
Case Number: 1:07CR00044
Sentencing Judicial Officer: Richard D. Bennett, U.S. District Judge
Court Location: Baltimore, Maryland
Date of Original Sentence: 11/28/2005
Original Offense: Conspiracy to Distribute
Original Sentence: 22 months Custody with 10 year(s) Supervised Release to follow
Type of Supervision: TSR
Date Supervision Commenced: 03/07/2008
Date Supervision Expires: 03/06/2016

## NON-COMPLIANCE SUMMARY

Mr. Kindred was arrested on November 21, 2008 in Baltimore City and charged with two (2) counts of CDS: Possession With Intent to Distribute and two (2) counts of Possession of CDS (Case Number 2B01972280). He appeared in Maryland District Court for the City of Baltimore on December 23, 2008 at which time all charges were nolle prosequi by the State's Attorney.

## U.S. PROBATION OFFICER ACTION

At this time, Mr. Kindred has been compliant with treatment, has had no urine positives and has reported to this officer as required. We are recommending no action be taken in this matter.

Respectfully Submitted By:

_____
William Tavik, Special Offender Specialist

February 11, 2009

Date

Reviewed and Approved By:

_____
Stephanie V. Lee, Supervisory U.S. Probation Officer

2/11/09

Date

## COURT ACTION

[✓] Agree with USPO action
[ ] Schedule a Hearing
[ ] Disagree. Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree. Submit a Request for Warrant or Summons
[ ] Disagree, Other

_____
Richard D. Bennett, U.S. District Judge

FEBRUARY 12, 2009

Date