IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. RDB-07-0044 |
| TYRONE KINDRED | * | |

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Katherine Newberger, AFPD__, and the Government was represented by Assistant United States Attorney __Philip Jackson__, it is

**ORDERED**, this __18TH__ day of __October__ __2012__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Stephanie A. Gallagher
United States Magistrate Judge