AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 FEB -7 A 11:28
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

U.S. MARSHAL
BALTIMORE, MD
2013 NOV -7 PM 2:33

United States of America
v.

**Tyrone Kindred**
*Defendant*

Case No. 1:07-cr-00044-RDB

*SEALED*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Tyrone Kindred**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Charge of assault and failure to notify probation officer; Possession of a firearm; Failure to notify probation officer of change of residence

Date: November 7, 2013

_____
By: Deputy Clerk

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 11/7/2013, and the person was arrested on *(date)* 2/5/2014
at *(city and state)* Baltimore, Maryland.

Date: 2/5/2014

_____
*Arresting officer's signature*

DUSM Lisa M. Spagnuolo
*Printed name and title*