**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CRIMINAL NO. RDB-07-044** |
| | * |
| **TYRONE KINDRED,** | * |
| | * |
| **Defendant** | * |
| | * |
| | ******* |

## ENTRY OF APPEARANCE

MADAM CLERK:

      Please enter my appearance, Assistant U.S. Attorney Debra L. Dwyer, in this case as counsel for the United States of America.

      Respectfully submitted,

      Rod J. Rosenstein
      United States Attorney


      _____/s/_____
      Debra L. Dwyer
      Assistant United States Attorney
      36 South Charles Street
      Fourth Floor
      Baltimore, Maryland 21201
      410-209-4800